UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04705-SPG-DFM | Date | August 20, 2026 |
| Title | Jozsef Bernath v. Warden-Facility Administrator Adelanto Ice Processing Center, et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER DENYING PETITIONER'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 1]**

Before the Court is the Motion for Petition for Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order, (ECF No. 1 ("Motion")), filed by Petitioner Jozsef Bernath ("Petitioner"). In the Motion, Petitioner seeks relief from his detention at the Adelanto ICE Processing Center ("Adelanto Detention Facility"). (Mot. at 3).[1] Petitioner claims that Department of Homeland Security, United States Immigration and Customers Enforcement ("ICE") are implementing a policy at the Adelanto Detention Facility of opening and returning the legal mail of unrepresented detainees, such as Petitioner, in violation of the detainees' constitutional rights. (*Id*. at 2). The Motion also requests that the Court "reconsider [Petitioner's] motion for [a] public defender" and further requests that the Court order Petitioner's release because ICE agents at the Adelanto facility are not complying with a preliminary injunction issued on July 16, 2026, in *L.T., et al., v. ICE, et al*., 26-cv-00322-SSS-SP. (*Id.*).

On April 1, 2026, the Central District of California issued General Order No. 26-05 to facilitate the "expeditious resolution" of "all [28 U.S.C.] § 2241 Immigration Petitions." C.D. Cal. G.O. 26-05; *see* (ECF No. 5). The General Order establishes the following briefing schedule for habeas petitions seeking immigration-related relief:

| | |
|---|---|
| Notice of Appearance: | Three (3) calendar days after the Clerk's Office issues the scheduling notice. |
| Respondents' Answer: | Seven (7) calendar days after the Clerk's Office issues the scheduling notice. Any arguments that the petition should be |

[1] Page references herein correspond to the pagination generated by the Court's electronic filing system (ECF).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04705-SPG-DFM | Date | August 20, 2026 |
| Title | Jozsef Bernath v. Warden-Facility Administrator Adelanto Ice Processing Center, et al. | | |

dismissed shall be made in the answer and not by separate motion.

Petitioner's Reply: Three (3) calendar days after the filing of an answer for represented petitioners; fourteen (14) days from service of the answer for pro se petitioners.

(ECF No. 5 at 5).

This briefing schedule is "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." (*Id.*). Therefore, "[a]pplications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." (*Id.*).

Petitioner asserts that, absent this Court's intervention, he will suffer imminent, irreparable harm by virtue of his allegedly unlawful detention. (Mot. at 3). Petitioner also asserts that his medical needs have been neglected during his time at Adelanto. (*Id.* at 3–4). Petitioner claims that he was previously scheduled for a hernia operation, but he has not received that treatment. (*Id.* at 4). Petitioner also claims that he was attacked by a person while in detention at the Adelanto Detention Facility, and the Adelanto guards failed to protect him. (*Id.*). The assault Petitioner alleges has already occurred, and Petitioner has not provided sufficient details regarding his medical diagnosis and treatment to establish his imminent need for emergency relief. Based on these circumstances, Petitioner has not shown his issues cannot be addressed by the expedited briefing schedule set forth above. Accordingly, the Court DENIES the Motion without prejudice and REFERS the Petition to the Magistrate Judge for further proceedings consistent with General Order 26-05.

**IT IS SO ORDERED.**

______ : ______

Initials of Preparer pg